IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2007 NOV -6 PM 2: 34

OFFICE OF THE CLERK

JACK HARRIS,

    Plaintiff,

v.

DARCY OLIVER and DOUG DILTZ,

    Defendant

4:06CV3017

**CONSENT TO EXERCISE
OF JURISDICTION BY A
UNITED STATES MAGISTRATE JUDGE
AND ORDER OF REFERENCE**

### CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| [signature] | For _____ DOUG DILTZ | 10-15-07 |
| [signature] | For _____ DARCY OLIVER | 10/15/07 |
| [signature] | For X JACK HARRIS | 10-16-07 |

### ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable Judge David L. Piester United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

_____
Date: Nov. 6, 2007

_____
United States District Judge