IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

```
JACK HARRIS,                            )
                                        )
            Plaintiff,                  )       4:06CV3017
                                        )
       v.                               )
                                        )
DARCY OLIVER, caseworker                )       ORDER
Nebraska penitentiary, each             )
defendant is sued                       )
individually and in his or              )
her official capacity at all            )
times mentioned in this                 )
complaint each defendant                )
acted under the color of                )
state law, and DOUG DILTZ,              )
Captain, Nebraska                       )
penitentiary, each defendant            )
is sued individually and in             )
his or her official capacity            )
at all times mentioned in               )
this complaint each defendant           )
acted under the color of                )
state law,                              )
                                        )
            Defendants.                 )
                                        )
```

Upon the suggestion in bankruptcy filed by defendant Darcy Oliver, filing 87,

IT IS ORDERED:

1. Pursuant to NELR 76.1(a) this case is referred to the United States Bankruptcy Court for the District of Nebraska.

2. This case shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska.

3. The Clerk of the Court for the District of Nebraska shall deliver the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

DATED this 12th day of February, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge