```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

JACK HARRIS,                         )
                                     )
            Plaintiff,               )         4:06CV3017
                                     )
      v.                             )
                                     )
DOUG DILTZ,                          )            ORDER
            Defendant.               )
                                     )

IT IS ORDERED:

1.  Plaintiff's motion for writ of habeas corpus ad testificandum, filing no. 121, is granted and the clerk is directed to issue the writ as requested.

2.  The clerk is directed to file plaintiff's motion for writ (filing no. 121) as a restricted access document.

DATED this 9th day of October, 2008.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge