```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| JACK HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3017 |
| | ) | |
| v. | ) | |
| | ) | |
| DOUG DILTZ, in his individual and official capacity, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

At the conclusion of the plaintiff's case the defense moved for a directed verdict. The matter was argued to the court in the absence of the jury, at the conclusion of which the court granted the motion. The motion is interpreted as a motion for judgment as a matter of law under [Fed. R. Civ. P. 50(a)](Fed. R. Civ. P. 50(a)).

Accordingly,

IT THEREFORE HEREBY IS ORDERED,

The motion is granted and judgment will be entered accordingly.

DATED October 16, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge