IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JACK HARRIS, | Case No. 4:06cv3017 |
| Plaintiff, | |
| vs. | ORDER TO WITHDRAW EXHIBITS |
| DOUG DILTZ | |
| Defendant. | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for parties are ordered to withdraw the following exhibits previously submitted in this matter within 15 calendar days of the date of this order:

From Jury Trial held on 10/15/2008 and 10/16/2008.

**Plaintiff exhibits: 1, 2, 8, 9, 10-13, 25, 28, 33, 40, and 41.**

**Defendant exhibits: 3-7, 24, 26, 27, 42, and 43.**

If counsel fail to withdraw these exhibits as ordered, counsel will be ordered to show cause why sanctions should not be imposed.

IT IS SO ORDERED.

DATED this 20th day of October, 2008.

s/David L. Piester
United States Magistrate Judge

proc\Exhibits\Form-Order to Withdraw Appeal Time Pending.wpd
Approved 02/15/07