IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JACK HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3017 |
| | ) | |
| v. | ) | |
| | ) | |
| DOUG DILTZ, in his individual and official capacity, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Upon receipt of plaintiff's trust account statement,

IT IS ORDERED that plaintiff is granted leave to appeal in forma pauperis, and the clerk shall order the transcript to be prepared without cost to the plaintiff.

DATED this 10th day of November, 2008.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge