IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JACK HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3017 |
| | ) | |
| v. | ) | |
| | ) | |
| DARCY OLIVER, caseworker Nebraska penitentiary, each defendant is sued individually and in his or her official capacity at all times mentioned in this complaint each defendant acted under the color of state law, and DOUG DILTZ, Captain, Nebraska penitentiary, each defendant is sued individually and in his or her official capacity at all times mentioned in this complaint each defendant acted under the color of state law, | ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

Before the court is Magistrate Judge Piester's Memorandum and Order (Filing No. 164) dated December 12, 2008. After considering the matter,

IT IS ORDERED that $1,497.65, the cost for preparation of the trial transcript, shall be reimbursed to Latimer Reporting from the Federal Practice Fund. A copy of this order shall be provided to Pat Williamson of the Clerk's Office so that he may make the appropriate bookkeeping entry for the Federal Practice Fund.

DATED this 12th day of December, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge